# United States Court of Appeals
## For the First Circuit

---

No. 11-2131

UNITED STATES,

Appellant,

v.

DANIEL E. CARPENTER,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2013 is amended as follows:

On page 6, lines 9-12, the sentence beginning with "The 3% choice" is struck and replaced with: "The 3% choice, which was selected for the majority of the funds in the case, was initially called a 'Merrill Lynch Ready Asset Money Market Account' in several of the documents, including the account selection form and the Escrow Agreement that some exchangors signed, until Merrill Lynch suspended Carpenter's trading privileges and he opened new accounts at PaineWebber."